IN THE CIRCUIT COURT OF THE
TENTH JUDICIAL CIRCUIT IN
AND FOR POLK COUNTY,
FLORIDA

MELANIE EVE DESERRES,

      Plaintiff,

CASE NO.:

vs.

PETCO ANIMAL SUPPLIES STORES,
INC.,

      Defendant.

_____/

## COMPLAINT

    COME NOW, the Plaintiff, MELANIE EVE DESERRES by and through their undersigned attorney, and sues the Defendant, PETCO ANIMAL SUPPLIES STORES, INC., hereinafter referred to as "PETCO," and alleges as follows:

    1.    This is a civil action for damages which exceeds the sum of Thirty Thousand and 00/100 Dollars ($30,000.00), exclusive of costs, interest, and attorney's fees.

    2.    At all times material hereto, Plaintiff, MELANIE EVE DESERRES, is a resident of Polk County, Florida.

    3.    That at all times material to this cause of action, the Defendant, PETCO, was and is a foreign corporation authorized to do and doing business in the State of Florida and the owner and in possession of its business known as PETCO with a store located at 4139 US Hwy 98 N, Lakeland, Polk County, Florida, said business being that of a pet retail store, open to the general public, including the Plaintiff.

4.  On or about September 20, 2019, the Plaintiff, MELANIE EVE DESERRES, sustained injuries when she slipped on a puddle of urine on Defendant, PETCO's store located at 4139 US Hwy 98 N, Lakeland, Polk County, Florida.

5.  At said time and place, the Plaintiff, MELANIE EVE DESERRES, was lawfully upon the store and/or premises located at 4139 US Hwy 98 N, Lakeland, Polk County, Florida owned and/or maintained by Defendant, PETCO, who owed Plaintiff, MELANIE EVE DESERRES a duty to exercise reasonable care for his safety.

6.  At said time and place, Defendant, PETCO breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a.  Negligently failing to maintain or adequately maintain the urine on its floor, and failure to post any caution signs, thus creating a hazardous condition to members of the public walking on said floor, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

b.  Negligently failing to inspect or adequately warn the Plaintiff of said urine on the floor to ascertain whether it constituted a hazard to pedestrians utilizing said floor, including the Plaintiff, MELANIE EVE DESERRES;

c.  Negligently failing to inspect or adequately warn the Plaintiff of the danger of the urine on its floor, when Defendant, PETCO, knew or through the exercise of reasonable care should have known that it was unreasonably dangerous and that Plaintiff was unaware of same; and

d.  Negligently failing to correct or adequately correct the unreasonably dangerous condition when said condition was either known to Defendant or had existed for

a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

7.    As a result of Defendant, PETCO's negligence, the Plaintiff, MELANIE EVE DESERRES sustained injuries when she slipped on urine on the floor on Defendant, PETCO's store located at 4139 US Hwy 98 N, Lakeland, Polk County, Florida.

8.    As a direct and proximate result of the negligence of Defendant, PETCO, the Plaintiff, MELANIE EVE DESERRES suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE,** the Plaintiff, MELANIE EVE DESERRES, demands judgment for damages against Defendant, PETCO ANIMAL SUPPLIES STORES, INC., and other such relief deemed proper by the court. Plaintiff also demand a trial by jury on all issues so triable.

DATED this 8th day October 2020.

/s/ *Yulric Abercrombie*
Yulric Abercrombie, Esquire
Fla. Bar No.: 0358400
**ABERCROMBIE, P.A.**
1950 Lee Road, Suite 222
Winter Park, Florida 32789
(407) 951-8960 – telephone
(407) 960-4789 – facsimile
*Attorneys for Plaintiff*
yulric@abercrombielaw.com
jeanette@abercrombielaw.com